# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MONICA FLORES, <br><br> Defendant. | Case No. 20CR1968-LAB <br><br> **ORDER AND JUDGMENT OF DISMISSAL** |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case be dismissed without prejudice as to defendant Monica Flores.

**IT IS SO ORDERED.**

DATED: September 15, 2020

_____for\_\_\_\_\_
HON. LARRY ALAN BURNS
United States District Judge